## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * * | |
| v. | * * | CRIM. NO. 20-033 |
| RICARDO BRINGAS-PENAFIEL | * * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✔]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✔]   That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

The defendant is currently in custody and seeking a sentence of time served. Since the parties agree that the advisory guidelines range is 15 to 21 months of imprisonment, a sentence of time served is possible.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✔]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ]   Other:

Date: April 21, 2020

*s/ Susan D. Wigenton*
Honorable Susan D. Wigenton
United States District Judge